### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**TIMOTHY DALE WHITAKER**                                                     **PLAINTIFF**

**v.**                                                                **No. 3:26-cv-175-MPM-JMV**

**COMMISSIONER BURL CAIN**                                                    **DEFENDANT**

### ORDER REQUIRING PLAINTIFF TO SUBMIT
### COMPLAINT USING THE ENCLOSED STANDARD FORM;
### ALSO REQUIRING PLAINTIFF TO COMPLETE AND RETURN
### *IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE

**Timothy Dale Whitaker** has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints; nor has he paid the filing fee or requested to proceed as a pauper. The court uses these forms for the expeditious administration of § 1983 cases.

Therefore, it is **ORDERED:**

(1) The plaintiff must complete and return the enclosed form within 21 days.

(2) That within 21 days plaintiff is directed to fill out the enclosed application for *in forma pauperis*, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is warned that his failure to comply with the requirements of this order may lead to the dismissal of his complaint for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 25th day of June, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**