**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TIMOTHY DALE WHITAKER** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:26-CV-00175-MPM-JMV**

**COMMISIONER BURL CAIN** **DEFENDANT**

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

This matter comes before the Court *sua sponte* for consideration of dismissal. On June 24, 2026, Timothy Dale Whitaker, proceeding *pro se*, submitted an eight-page handwritten filing which the Court construed as seeking relief under 42 U.S.C. § 1983. Doc. # 1. The following day, June 25, 2026, the Court entered an Order requiring Whitaker to complete and return the Court's standard forms for complaints filed under 42 U.S.C. § 1983 and to proceed *in forma pauperis* in this action (or pay the filing fee). Doc. # 4. The Order required Whitaker to complete these directives within twenty-one (21) days. *See id.* The Order further warned Whitaker that his failure to comply may lead to the dismissal of this action. *Id.* Then, after no filings were received, on August 3, 2026, the Court entered an Order to Show Cause directing Whitaker to show cause within fourteen (14) days why this case should not be involuntarily dismissed for failure to prosecute and comply with an order of the Court. Doc. # 5. To date, no response has been filed and the deadline for doing so has passed. Accordingly, the instant action is hereby **DISMISSED without prejudice** for Whitaker's failure to prosecute and obey an order of the Court.

**SO ORDERED**, this the 20th day of August, 2026.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**